Miscellaneous Business Docket
#_____

# UNITED STATES DISTRICT COURT

# FOR THE JUDICIAL DISTRICT OF MASSACHUSETTS

# EASTERN DIVISION

| Ex parte! Koplow petitioner | Notice: Emergency Relief Requested. Petition to enter civil rights case on regular civil docket |
|---|---|

# TO THE HONORABLE JUDGE OF THE DISTRICT MBD Court:

The above named petitioner with respect to the within petition

① RESPECTFULLY NOTICES:

Koplow is suffering immediate and irreperable harm by

living on the street and elsewhere since October 10th.

A temporary restraining order to prohibit MHPI from interference with my free exercise and enjoyment of my subsidized demise #103 at 100 Bellingham Street, Chelsea, would get me out of filth, dirt, danger and off the streets where I have had to survive since October 10th

I declare under penalty of perjury the foregoing is true upon personal knowledge.
Dated: Thursday, November 29, 2018
Signed: _____
David Lee Koplow
Post Office Box
#505495
Chelsea, Massachusetts
02150


and
② RESPECTFULLY REQUESTS:

① The application for temporary relief be considered right away.

② The within exhibited case entitled: <u>Koplow v. MHPI, Inc</u> be entered on the regular civil docket.

**Annexed**

① 27 pages MEMORANDUM AND ORDER

② Affidavit of Good Faith

③ Application: Leave to procede in MBD Court only in forma pauperis per 28 USC # 1915

Case to Be entered on regular Civil Docket

④ Complaint with
⑤ DEMAND, COUNTS #1, #2, #3, #4
⑥ Tro Injunction
⑦ Affidavit for TRO
⑧ Application - Certiorari

——— Certificate of Service ———

To No One

Dated: Thursday, November 29, 2018
Signed: /s/ [signature]

David Lee Koplow, Post Office Box
#505495, Chelsea, Massachusetts
02150