Miscellaneous Business Docket #

# UNITED STATES DISTRICT COURT

# FOR THE JUDICIAL DISTRICT OF MASSACHUSETTS

# EASTERN DIVISION

| Ex parte: Koplow petitioner | Application: Leave to procede in forma pauperis per 28 USC #1915 in MBD Court Only |

TO THE HONORABLE JUDGE OF THE MBD District Court:

The above named PETITIONER with respect to the cotemporaneously presented PETITION

RESPECTFULLY REQUESTS:

leave to procede here in MBD District Court in forma pauperis. In MBD Court only.

I have a good case that will not only be to my benefit but will be favorable to the public interest.

I have spent a long time in preparation.

——— Certificate of Service ———
To No One.

Dated: Thursday, November 29, 2018

Signed: _____

David Lee Kaplow
Post Office Box #505495
Chelsea, Massachusetts
02150